**RUSKIN MOSCOU FALTISCHEK, P.C.**
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
(516) 663-6600
*Attorney for Defendant Ivy Enterprises, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------X
NU-WORLD CORP.,

                Plaintiff,

-against-

IVY ENTERPRISES, INC. and KISS PRODUCTS, INC.,

                Defendants.
------------------------------------------------------------------X
KISS PRODUCTS KOREA CO. LTD.,

                Plaintiff,

-against-

IVY ENTERPRISES, INC. and NU-WORLD CORP.,

                Defendants.
------------------------------------------------------------------X

Case No. 2:10-cv-04347
(WJM) (MF)

Document Electronically Filed

Case No. 2:10-cv-05253
(WJM) (MF)

**IVY'S ANSWER
TO NU-WORLD'S
<u>CROSS-CLAIM</u>**

Defendant Ivy Enterprises, Inc. ("Ivy"), by its attorney, Ruskin Moscou Faltischek, P.C., as and for its Answer to Nu-World Corp.'s ("Nu-World") Cross-Claim (the "Cross-Claim"), states as follows:

1. Ivy denies the allegations set forth in the Cross-Claim.

WHEREFORE, Defendant Ivy Enterprises, Inc. demands judgment dismissing Nu-

World's Cross-Claim and awarding Ivy costs and attorney's fees and such other and further relief as this Court deems just and proper.

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Thomas A. Telesca, Esq.
Attorneys for Defendant Ivy
Enterprises, Inc.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556-1425
(516) 663-6600

Dated: December 14, 2010

## **CERTIFICATION OF SERVICE**

I hereby certify that on this date I caused the within Answer to Cross-Claim to be electronically filed with the United States District Court for the District of New Jersey, and I caused true copies of same to be served via FedEx upon:

> David A. Picon, Esq.
> Proskauer Rose LLP
> 1585 Broadway
> New York, New York 10036
>
> Zachary D. Rosenbaum, Esq.
> Mitchell J. Decter, Esq.
> Lowenstein Sandler, P.C.
> 65 Livingston Avenue
> Roseland, New Jersey 07068

I hereby certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

*/s/ Thomas A. Telesca*

Dated: December 14, 2010

504006\1