**LOWENSTEIN SANDLER PC**
Attorneys At Law
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
*Attorneys for Nu-World Corp.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NU-WORLD CORP., <br><br> Plaintiff, <br><br> v. <br><br> IVY ENTERPRISES, INC., and KISS PRODUCTS, INC., <br><br> Defendants. <br> _____ <br> KISS PRODUCTS KOREA CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> IVY ENTERPRISES, INC. and NU-WORLD CORP., <br><br> Defendants. | Case No. 2:10-cv-04347 (WJM) (MF) <br><br> **DOCUMENT FILED ELECTRONICALLY** <br><br><br> Case No. 2:10-cv-05253 (WJM) (MF) |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that Michael David Lichtenstein of Lowenstein Sandler PC hereby enters his appearance as counsel for the plaintiff, Nu-World Corp., and respectfully

2

requests that all pleadings and Notices of Electronic Filing in this case also be served upon him accordingly.

Dated:  December 16, 2010

/s/Michael D. Lichtenstein
**Michael D. Lichtenstein, Esq.**
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
Tel. 973.597.2500
Fax. 973.597.2400
mlichtenstein@lowenstein.com
*Attorneys for Plaintiff, Nu-World Corp.*