|  |  |
|---|---|
| **NU-WORLD CORP., et al.,** | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s), |  |
|  | Hon. William J. Martini |
| -vs- | Civil Action No. 10-4347 (WJM) |
|  |  |
| **IVY ENTERPRISES, INC. et al.,** |  |
|  | **ORDER SCHEDULING CONFERENCE** |
| Defendant(s). |  |

**IT IS on this 15th day of February, 2011**

**ORDERED** that there shall be an in-person status conference before the undersigned on **Friday, May 20, 2011** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.


s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**