UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------X
NU-WORLD CORP.,

    Plaintiff.        Civil Action No. 10-4347WJM

v.

                              ORDER OF DISMISSAL

IVY ENTERPRISES, INC.,
et als,

    Defendants.
------------------------------X
KISS PRODUCTS KOREA, CO., LTD.,

    Plaintiff,        Civil Action No. 10-5253WJM

v.

IVY ENTERPRISES, INC.,

    Defendant.
------------------------------X

    The parties having notified the Court that the above actions has been settled,

    It is on this 3rd day of November, 2011

    ORDERED that these matters are hereby dismissed without costs and with prejudice to the right, upon good cause shown within sixty (60) days, to reopen the actions if the settlement is not consummated.

                              s/William J. Martini

                              _____
                              WILLIAM J. MARTINI, U.S.D.J.