UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NU-WORLD CORP.**,<br><br>                    **Plaintiff**,<br>v.<br><br><br>**IVY ENTERPRISES, INC.**, *et al.*,<br><br>                    **Defendants.** | Civil Action No. 10-4347 (WJM)<br><br><br>**ORDER** |

   **IT IS** on this 27th day of December 2011,

   **ORDERED** that, there shall be an **in-person** settlement conference before the Undersigned on **Tuesday, January 3, 2012, at 10:00 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Room 457, Newark, New Jersey 07102.  In addition to counsel, a representative with full settlement authority from each individual corporate party is required to attend the conference **in-person**.  This conference will <u>not</u> be adjourned absent extenuating circumstances.  Failure to comply with this Order will result in the imposition of the full range of available sanctions.  <u>See</u> Fed. R. Civ. P. 16(f), 37.


                                              s/Mark Falk_____
                                              **MARK FALK**
                                              **United States Magistrate Judge**